E.I. DUPONT DE NEMOURS & CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND ARAMID PRODUCTS V.O.F. AND AKZO NOBEL ARAMID PRODUCTS, INC., DEFENDANT-INTERVENORS

Court No. 97–08–01335

(Dated August 17, 1999)

## JUDGMENT

RESTANI, *Judge:* Upon consideration of the remand ordered herein by the court in Slip Op. 99–47, dated June 2, 1999, and the results thereof filed by the Department of Commerce on July 16, 1999, and amended on July 23, 1999, and lack of objection by the parties, it is hereby

ORDERED AND ADJUDGED that the remand results are sustained.